# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Derek Gubala,

Plaintiff(s),

v.

Simply Nourish Pet Food Company,

Defendant(s).

Case No. 14 C 1443
Judge Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: in favor of the defendant Simply Nourish Pet Food Company and against the plaintiff, Derek Gubala.

---

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion to dismiss filed by defendant Simply Nourish Pet Food Company

Date: 7/22/2014                    Thomas G. Bruton, Clerk of Court

                                   /s/ Wanda Parker, Deputy Clerk